FILED
CHARLOTTE, NC
NOV 29 2017
US District Court
Western District of NC

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR AUTHORIZATION TO OBTAIN LOCATION DATA CONCERNING:<br><br>CELLULAR TELEPHONE: 828-308-3367 WITH IMSI:310150707434706, (SUBJECT TELEPHONE) | No. 3:17MJ409<br><br>UNDER SEAL |

## ORDER

The United States has submitted an application pursuant to 18 U.S.C. § 2705(b), requesting that the Court issue an Order commanding AT&T Wireless, an electronic communication service provider and/or a remote computing service, not to notify any person (including the subscribers and customers of the account(s) listed in the warrant and related documents) of the existence of the attached warrant and related documents until further order of the Court.

The Court determines that there is reason to believe that notification of the existence of the attached warrant and related documents will seriously jeopardize the investigation, including by giving targets an opportunity to flee or continue flight from prosecution, destroy or tamper with evidence, change patterns of behavior, intimidate potential witnesses, or endanger the life or physical safety of an individual. *See* 18 U.S.C. § 2705(b).

IT IS THEREFORE ORDERED under 18 U.S.C. § 2705(b) that AT&T Wireless shall not disclose the existence of the attached warrant and related documents, or this Order of the Court, to the listed subscriber or to any other person, for 365 days from the date of this Order,

except that AT&T Wireless may disclose the attached warrant and related documents to an attorney for AT&T Wireless for the purpose of receiving legal advice.

IT IS FURTHER ORDERED that the application and this Order are sealed until otherwise ordered by the Court.

11-29-17
Date

David S. Cayer
United States Magistrate Judge